# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KERRY MATTHEWS, ) | |
| Plaintiff, ) | |
| v. ) | Case No. CIV-21-01170-PRW |
| CREDIT COLLECTION SERVICES INC., ) | |
| Defendant. ) | |

## ORDER

Before the Court is Plaintiff Kerry Matthews' Motion to Intervene (Dkt. 15). As laid out in the Court's previous Order (Dkt. 17), the Court construes this as a motion to substitute the correct real party in interest, pursuant to Rule 25(c) of the Federal Rules of Civil Procedure. Defendant Credit Collection Services Inc. responded (Dkt. 18), agreeing that Plaintiff Matthews should be substituted as the real party in interest and additionally arguing that the original attempt at assignment was invalid under applicable law. Considering that any assignment has now been nullified, the Court finds it unnecessary to decide whether the original assignment was valid under applicable law, and **GRANTS** the Motion (Dkt. 15) as construed pursuant to Rule 25(c).

Accordingly, the Court **DISMISSES** Plaintiff Vance Dotson from the case and **SUBSTITUTES** Plaintiff Kerry Matthews as the real party in interest. Additionally, the Court **STRIKES AS MOOT** the pending motions for pro se discovery that were filed by Plaintiff Dotson (Dkts. 13 & 14). Finally, the Court **ORDERS** Plaintiff Matthews' attorney to associate with local counsel, as required by Local Civil Rule 83.3.

1

**IT IS SO ORDERED** this 13th day of May 2022.

*/s/ Patrick R. Wyrick*
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE